IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

|   |   |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | Civil Action No. 3:21-cv-00122-DB-LS |

### ORDER DENYING DEFENDANTS' MOTION TO STAY THE PRELIMINARY INJUNCTION

Having considered the Defendants' Motion to Stay the Preliminary Injunction and Plaintiffs' Memorandum in Opposition, the Defendants' Motion is DENIED for good cause.

Dated:

6-23-2021

David Briones
U.S. District Court Judge