### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, | : : : | Case No. 3:21-cv-00122 |
| Plaintiff, | : : | |
| v. | : : | |
| UNION PACIFIC RAILROAD COMPANY, | : : : | |
| Defendant. | : : | |

### ORDER

On this date, the Court considered the parties' Joint Motion for Stay of Proceedings Pending Appeal.  After considering the Motion, the Court finds the Motion shall be **GRANTED.**

**IT IS THEREFORE ORDERED** the parties' Joint Motion for Stay of Proceedings Pending Appeal is **GRANTED.**

**IT IS FURTHER ORDERED** that all proceedings in this case and any applicable deadlines are hereby **STAYED** pending disposition of the appeal filed with the United States Court of Appeals for the Fifth Circuit by Defendant Union Pacific Railroad Company.

**SO ORDERED.**

SIGNED this ___9th___ day of ___Aug___ , 2021.

_____
**HON. DAVID BRIONES**
**UNITED STATES DISTRICT JUDGE**