IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,<br>　　Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>　　Defendant. | §§§§§§§§§ | EP-21-CV-122-DB |

## FINAL JUDGMENT

On May 3, 2023, this Court received a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 73. Therein, the parties "stipulate to dismissal, with prejudice," with each party bearing its own costs. *Id.* The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this **3rd** day of **May 2023**.

_____
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**